**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 03-1456**

───────────────

ANDRE MARIE SONGUE,

                                          Petitioner,

         versus

JOHN ASHCROFT, Attorney General of the United
States,

                                          Respondent.

───────────────

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A75-775-616)

───────────────

Submitted:  November 17, 2003      Decided:  December 11, 2003

───────────────

Before MICHAEL, KING, and SHEDD, Circuit Judges.

───────────────

Petition denied by unpublished per curiam opinion.

───────────────

Allan Ebert, LAW OFFICES OF ALLAN EBERT, Washington, D.C., for
Petitioner.  Peter D. Keisler, Assistant Attorney General, Allen W.
Hausman, Senior Litigation Counsel, Thomas C. Lederman, Trial
Attorney, Office of Immigration Litigation, Civil Division, UNITED
STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

───────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Andre Marie Songue, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals ("Board") affirming the immigration judge's denial of his applications for asylum and withholding of removal.

On appeal, Songue raises challenges to the Board's and immigration judge's determinations that he failed to establish his eligibility for asylum. To obtain reversal of a determination denying eligibility for relief, an alien "must show that the evidence he presented was so compelling that no reasonable factfinder could fail to find the requisite fear of persecution." INS v. Elias-Zacarias, 502 U.S. 478, 483-84 (1992). We have reviewed the evidence of record and conclude that Songue fails to show that the evidence compels a contrary result. Accordingly, we cannot grant the relief that Songue seeks.

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2